UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CYNTHIA HANCOCK HOLBROOK** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**CASEY'S GENERAL STORES, INC.** )<br>)<br>)<br>Defendant. )<br>) | Case No. 08-CV-504-JPG-CJP |

## JUDGMENT IN A CIVIL CASE

**GILBERT, Judge:**

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:   December 7, 2009

NANCY J. ROSENSTENGEL, Clerk of Court


By:s/Deborah Agans, Deputy Clerk



APPROVED:   *s/J. Phil Gilbert*
                      J. PHIL GILBERT
                      U. S. DISTRICT JUDGE